JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7354
    Facsimile: (213) 894-7819
    E-mail: erin.choi@usdoj.gov

Attorneys for Defendant
Secretary of Veterans Affairs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendant. | Case No. 2:23-cv-04075-DSF-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that pursuant to Local Rule 16-15.7, plaintiff Anthony L. Mills ("Plaintiff") and Secretary of Veterans Affairs ("Defendant") (together, the "Parties") have reached a settlement in the above-captioned matter and are working to formalize a written agreement.

Dated: February 18, 2025

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Erin Choi*

ERIN CHOI
Assistant United States Attorney

Attorneys for Defendant
Secretary of Veterans Affairs