DONEL R. LOPEZ (Cal. Bar No. 323744)
The Finkel Firm
   3470 Wilshire Boulevard, Suite 830
   Los Angeles, CA 90010
   Telephone: (213) -787-7411
   Facsimile: (323) 916-0521
   E-mail: donel@finkelfirm.com

Attorney for Plaintiff
Anthony L. Mills

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ERIN CHOI (Cal. Bar No. 342323)
Assistant United States Attorney
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7354
   Facsimile: (213) 894-7819
   E-mail: erin.choi@usdoj.gov

Attorneys for Defendants
Secretary of Veterans Affairs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. MILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendant. | Case No. 2:23-cv-04075-DSF-SK<br><br>**STIPULATION OF DISMISSAL**<br><br>([Proposed] Order filed concurrently herewith)<br><br>Honorable Dale S. Fischer<br>United States District Judge |

IT IS HEREBY STIPULATED and AGREED by and between plaintiff Anthony L. Mills ("Plaintiff") and defendant Secretary of Veteran Affairs ("Defendant"), through their respective counsels that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant further stipulate to pay their own attorney's fees, costs, and expenses.

Dated: March 5, 2025          THE FINKEL FIRM

　　　　　　　　　　　　　　　　 /s/ Donel R. Lopez
　　　　　　　　　　　　　　　　Donel R. Lopez

　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Anthony L. Mills

Dated: March 5, 2025          JOSEPH T. MCNALLY
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　DAVID M. HARRIS
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　JOANNE S. OSINOFF
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Chief, Complex and Defensive Litigation Section

　　　　　　　　　　　　　　　　 /s/ Erin Choi
　　　　　　　　　　　　　　　　ERIN CHOI*
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Secretary of Veterans Affairs

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.