UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANTHONY L. MILLS,

              Plaintiff,

              v.

SECRETARY OF VETERANS AFFAIRS,

              Defendant.

Case No. 2:23-cv-04075-DSF-SK

**ORDER APPROVING STIPULATION OF DISMISSAL**

      The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

      IT IS SO ORDERED.

Dated: March 5, 2025

_____

HONORABLE DALE S. FISCHER
United States District Judge